IN THE CIRCUIT COURT, SEVENTH
JUDICIAL CIRCUIT, IN AND FOR
VOLUSIA COUNTY, FLORIDA

CASE NO.:

RHONDA KABIR,

    Plaintiff,

-vs-

1000 ISB, LLC d/b/a STEAK 'N SHAKE
and/or STEAK N SHAKE INC. a foreign
profit corporation

    Defendants

_____/

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff RHONDA KABIR (hereinafter "Plaintiff") files her complaint and hereby sues Defendant **1000 ISB, LLC d/b/a STEAK 'N SHAKE and STEAK N SHAKE INC.** alleging as follows:

### JURISDICTION, PARTIES & VENUE

1. This is an action for damages that exceed $30,000.00, exclusive of interest and costs.

2. At all times material hereto, the Plaintiff was a resident of Monroe County, New York.

3. At all times material hereto, Defendant 1000 ISB, LLC d/b/a STEAK 'N SHAKE was a Florida Limited Liability Company registered to conduct business in the State of Florida.

4. At all times material hereto, Defendant 1000 ISB, LLC d/b/a STEAK 'N SHAKE owned and/or maintained and/or possessed and/or control the premises at 1000 W International Speedway Blvd. Daytona Beach, FL 32114. (hereinafter the "subject premises" or "premises").

5. Venue is appropriate as the incident occurred in Volusia County, Florida.

6. At all times material hereto, Defendant STEAK N SHAKE INC. was a foreign profit corporation registered to conduct business in the State of Florida.

7. At all times material hereto, Defendant STEAK N SHAKE INC. owned and/or maintained and/or possessed and/or control the premises at 1000 W International Speedway Blvd. Daytona Beach, FL 32114. (hereinafter the "subject premises" or "premises").

**COUNT I: NEGLIGENCE OF 1000 ISB, LLC d/b/a STEAK 'N SHAKE**

8. Plaintiff re-alleges and incorporates paragraphs 1-5 above as if fully set forth herein.

9. On or about February 19, 2019, Plaintiff was an invitee on Defendant 1000 ISB, LLC d/b/a STEAK 'N SHAKE's premises.

10. On or about February 19, 2019 while on Defendant 1000 ISB, LLC d/b/a STEAK 'N SHAKE's premises, Plaintiff slipped on a transitory foreign substance that was on the floor, falling to the ground as a result of slipping in the transitory foreign substance, which was a dangerous and defective condition.

11. This defendant had actual or constructive notice of the existence of this aforesaid foreign substance on the floor of its premises and should have taken steps to remedy the condition or warn plaintiff of its existence. It did neither. The defendant was on constructive notice of the unreasonably dangerous condition caused by this foreign substance because:

    (a) The dangerous condition existed for such a length of time that, in the exercise of

ordinary care, Defendant 1000 ISB, LLC d/b/a STEAK 'N SHAKE should have known of the condition; or

(b) The condition, to wit, a foreign substance on the floor, occurred with regularity and was therefore foreseeable.

12. The Defendant 1000 ISB, LLC d/b/a STEAK 'N SHAKE breached its aforesaid duties to the Plaintiff by allowing this unreasonably dangerous condition to exist on its property, and/or by failing to warn Plaintiff of the existence of the foreign substance on the floor.

13. As a direct and proximate result of the negligence of the Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition.  The losses are either permanent or continuing and plaintiff will suffer the losses in the future.  Plaintiff, RHONDA KABIR has sustained permanent injuries within a reasonable degree of medical probability.

**WHEREFORE**, Plaintiff demands trial by jury on all issues so triable and a judgment against 1000 ISB, LLC d/b/a STEAK 'N SHAKE for general damages; special damages; costs of suit incurred in this action, and; all further relief as the Court may deem reasonable and proper.

## COUNT II: NEGLIGENCE OF STEAK N SHAKE INC.

14. Plaintiff re-alleges and incorporates paragraphs 1, 2, 5-7 above as if fully set forth herein.

15. On or about February 19, 2019, Plaintiff was an invitee on Defendant STEAK N SHAKE INC.'s premises.

16. On or about February 19, 2019 while on Defendant STEAK N SHAKE INC.'s premises Plaintiff slipped on a transitory foreign substance that was on the floor, falling to the ground

as a result of slipping in the transitory foreign substance, which was a dangerous and defective condition.

17. This defendant had actual or constructive notice of the existence of this aforesaid foreign substance on the floor of its premises and should have taken steps to remedy the dangerous and defective condition or warn plaintiff of its existence. It did neither. The defendant STEAK N SHAKE INC. was on constructive notice of the unreasonably dangerous condition caused by this foreign substance because:

    (a) The dangerous condition existed for such a length of time that, in the exercise of ordinary care, Defendant should have known of the condition; or

    (b) The condition, to wit, a foreign substance on the floor, occurred with regularity and was therefore foreseeable.

18. The Defendant STEAK N SHAKE INC. breached its aforesaid duties to the Plaintiff by allowing this unreasonably dangerous condition to exist on its property, and/or by failing to warn Plaintiff of the existence of the foreign substance on the floor.

19. As a direct and proximate result of the negligence of the Defendant STEAK N SHAKE INC., Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, RHONDA KABIR has sustained permanent injuries within a reasonable degree of medical probability.

**WHEREFORE**, Plaintiff demands trial by jury on all issues so triable and a judgment against STEAK N SHAKE INC. for general damages; special damages; costs of suit incurred in this action, and; all further relief as the Court may deem reasonable and proper.

Dated this _____ day of _____ 2021.

                                       **FARAH & FARAH, P.A.**

Brandon Hughes
Florida Bar No.: 25790
10 West Adams Street
Jacksonville, Florida 32202
T/F 904-930-4235
Primary: bhughes@farahandfarah.com
Seconday: mhill@farahandfarah.com
*Attorney for Plaintiff*